1  STEPHENS FRIEDLAND LLP
   Todd G. Friedland, Bar No. 187022
2  Email:  todd@sf-lawyers.com
   J. Gregory Dyer, Bar No. 218385
3  Email:  greg@sf-lawyers.com
   4695 MacArthur Court, Suite 1550
4  Newport Beach, CA  92660
   Telephone:  (949) 468-3200  Fax:  (949) 468-3201
5
   Attorneys for Plaintiff
6  NIFTY AFTER FIFTY LLC

7

8              **UNITED STATES DISTRICT COURT**

9          **FOR THE CENTRAL DISTRICT OF CALIFORNIA**

10

11  NIFTY AFTER FIFTY LLC, a              Case No.:  SACV11-1203 DOC (MLGx)
    California limited liability
12  company,                             **FINAL JUDGMENT AND PERMANENT
                                         INJUNCTION AGAINST DEFENDANT
13                    Plaintiff,         OVER FIFTY IS NIFTY, LLC**

14  vs.

15  OVER FIFTY IS NIFTY, LLC, a
    Maryland limited liability company,
16  and HEALTHY SOLUTIONS,
    LLC, a Maryland limited liability
17  company,

18                    Defendants.

19

20

21

22

23

24

25

26

27

28

STEPHENS FRIEDLAND LLP
4695 MacArthur Court
Suite 1550
Newport Beach, California 92660
Telephone: (949) 468-3200
Facsimile: (949) 468-3201

**FINAL JUDGMENT AND PERMANENT INJUNCTION**

JS-6

Plaintiff Nifty After Fifty LLC ("NAF"), by its counsel Stephens Friedland LLP, and Defendant Over Fifty Is Nifty, LLC ("OFIN" or "Defendant") have represented to the Court that they have executed a settlement agreement providing for the final resolution of all claims of relief pending between them and have agreed to the entry of this Final Judgment and Permanent Injunction.  Accordingly, upon consent of NAF and Defendant (the "Parties"), it is hereby ORDERED that:

1.    This Court has jurisdiction over the Parties.

2.    This Court has subject matter jurisdiction over this matter pursuant to 28 U.S.C. §§ 1331 and 1338, and venue is proper in this Judicial District pursuant to 28 U.S.C. § 1391.

3.    Defendant, including any subsidiaries, parent and affiliated companies, successors, assigns, officers, directors, representatives, agents, partners, and employees, and all those acting in concert or participation with Defendant (collectively the "Enjoined Parties"), shall, in connection with the operation of dating, companionship and social network services for seniors, including such online services:

a.    Cease and desist all current use and hereafter refrain from the use of all marks, words, phrases, or names similar to U.S. Trademark Registration Numbers 3497131 (NIFTY AFTER FIFTY®) and 3462910 (NIFTY PEOPLE®) (collectively referred to herein as the "Nifty Marks"), including, but not limited to, "Over Fifty Is Nifty" or any other marks, words, phrases, pictures, and/or names similar to the Nifty Marks or incorporating the word "nifty";

b.    Remove all marks, words, phrases, pictures, logos or names similar to the Nifty Marks, including, but not limited to, "Over Fifty Is Nifty" or any other marks, words, phrases, pictures, or names similar to the Nifty Marks and/or incorporating the word "nifty" from all advertisements, marketing and

STEPHENS FRIEDLAND LLP
4695 MacArthur Court
Suite 1550
Newport Beach, California 92660
Telephone: (949) 468-3200
Facsimile: (949) 468-3201

**FINAL JUDGMENT AND PERMANENT INJUNCTION**

promotional materials, printed materials, and any websites that Defendant controls or maintains, and refrain from such uses in the future;

    c.    Remove all references to "nifty" or any other marks, words, phrases, pictures, or names similar to the Nifty Marks and/or incorporating the word "nifty," in the metatags of any websites that Defendant controls or maintains, and refrain from such uses in the future;

    d.    Refrain from interfering with NAF's trademark registration rights and/or trademark applications filed by NAF, or filing or reviving any applications to federally register or register any state(s) trademarks or copyrights comprised of or incorporating "Over Fifty Is Nifty" and/or any other confusingly similar mark to the Nifty Trademarks, including any marks, words, phrases, pictures, or names incorporating the word "nifty"; and

    e.    Cease operating under the name "Over Fifty Is Nifty, LLC."

4.    This Final Judgment and Permanent Injunction contained herein shall be binding upon the Enjoined Parties upon entry by the Court without further notice to any party.  The Court shall retain jurisdiction of this matter for purposes of enforcement, performance, and modification of this Final Judgment and Permanent Injunction.

5.    No bond shall be required to secure this Final Judgment and Permanent Injunction.

6.    The claims in Plaintiff's Complaint against Defendants that are not adjudicated by this Final Judgment and Permanent Injunction are hereby dismissed without prejudice.

7.    OFIN waives all rights to appeal this Final Judgment and Permanent Injunction.

STEPHENS FRIEDLAND LLP
4695 MacArthur Court
Suite 1550
Newport Beach, California 92660
Telephone: (949) 468-3200
Facsimile: (949) 468-3201

- 2 -

**FINAL JUDGMENT AND PERMANENT INJUNCTION**

1

2        8.     Each party shall bear its own costs and fees incurred in this action up to

3 the entry of the Final Judgment and Permanent Injunction.

4

5 **IT IS SO ORDERED**.

6 Dated:  November 30, 2011            _____

7                         Honorable David O. Carter

8                         U.S. District Court Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STEPHENS FRIEDLAND LLP
4695 MacArthur Court
Suite 1550
Newport Beach, California 92660
Telephone: (949) 468-3200
Facsimile: (949) 468-3201

- 3 -

**FINAL JUDGMENT AND PERMANENT INJUNCTION**